1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELINA J. STWALLEY, | Civil No. C05-5803-FDB |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits and Supplemental Security Income disability benefits under Title II and Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).   On remand, the administrative law judge (ALJ) shall:

Page 1 ORDER OF REMAND - [C05-5803-FDB]

- Reevaluate the effect of drug addiction to determine Plaintiff's period of sobriety sufficient to address the effects of her mental impairments absent substance abuse.

- Obtain additional evidence from treating sources to clarify the severity of Plaintiff's mental impairments with and without substance abuse, and reevaluate the mental impairments pursuant to 20 C.F.R. § 404.1520a;

- reassess the claimant's RFC and provide appropriate limitations for all severe impairments;

- Discuss all lay witness testimony, specifically from counselor Klinzman, and either accept it or provide germane reasons for rejecting it; and

- Obtain medical and vocational expert testimony at the hearing.

- The case will be assigned to a new ALJ.

///

///

///

///

Upon proper presentation, this Court will consider Plaintiff's application for costs and

Page 2 ORDER OF REMAND - [C05-5803-FDB]

1   attorney's fees under 28 U.S.C. § 2412(d).

2          DATED this 9th day of May 2006.

3

4

5

6

7

8                                FRANKLIN D. BURGESS

9                                UNITED STATES DISTRICT JUDGE

10

11

12   Recommended for entry by
     Karen L. Strombom, United States Magistrate Judge
13

14   Presented by:

15
     s/ Leisa A. Wolf
16   LEISA A. WOLF
     Special Assistant U.S. Attorney
17   Attorney for Defendant
     701 Fifth Ave, Ste 2900, M/S 901
18   Seattle, WA 98104-7075
     Phone:  206-615-3621
19   Fax:      206-615-2531
     leisa.wolf@ssa.gov
20

21

22

23

24

25

26

27

28   Page 3 ORDER OF REMAND - [C05-5803-FDB]